UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMOJI COMPANY GMBH,

                    Plaintiff,

-against-

PLAYFUN GAMES CO., LTD,

                    Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025

23-CV-10112 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

    On November 19, 2024, Plaintiff filed proof of service, which indicates that Defendant was served that same day. *See* Dkt. No. 25. Accordingly, Defendant's time to answer, move, or otherwise respond to the Complaint elapsed on December 10, 2024. *See* Fed. R. Civ. P. 12. To date, Defendant has not appeared in this action.

    It is hereby ORDERED that the Initial Pretrial Conference scheduled for February 25, 2025 is ADJOURNED *sine die*.

    It is further ORDERED that by **January 31, 2025**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

    It is further ORDERED that Defendant shall file any opposition to any motion for default judgment by **February 14, 2025**.

    Plaintiff shall serve a copy of this Order on Defendant by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

    In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendant by **February 4, 2025**, and shall file proof of such service by **February 5, 2025**.

    If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF

Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated: January 15, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge
